**08 C 1143**

# EXHIBIT B

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL,<br><br>     Plaintiff,<br><br> v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>WALGREEN CO. d/b/a WALGREENS<br><br>     Defendants. | Case No. _____<br><br>Removed from the Circuit Court<br>of Cook County, Case No. 07 L 8112 |

### NOTICE OF REMOVAL TO ALL ADVERSE PARTIES

TO: MICHAEL P. CASCINO
   Vaughan Cascino Law Offices, Ltd.
   220 South Ashland Avenue
   Chicago, Illinois 60607

   Attorney for Plaintiff

PLEASE TAKE NOTICE, that on February 25, 2008, Defendant Teva Pharmaceuticals USA, Inc., filed a Notice of Removal of this action to the United States District Court for the Northern District of Illinois. A true and correct copy of the Notice of Removal is annexed hereto.

This Notice is served upon you as counsel of record for Plaintiff in compliance with 28 U.S.C. § 1446.

Dated: February 25, 2008

TEVA PHARMACEUTICALS USA, INC.

By: _____
One of Its Attorneys

Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)
gkerner@goodwinprocter.com
jgray@goodwinprocter.com
ygertsberg@goodwinprocter.com

Pamela R. Hanebutt
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
phanebutt@eimerstahl.com
agiannotti@eimerstahl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

2

## CERTIFICATE OF SERVICE

    I, Ameri R. Giannotti, an attorney, hereby certify I caused a true and correct copy of the foregoing NOTICE OF REMOVAL TO ALL ADVERSE PARTIES to be served upon all parties listed below by messenger on this 25th day of February, 2008.

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
Fax: (312) 944-1870

                                                          Ameri R. Giannotti

LIBNY/4705616.1