**08 C 1143**

# EXHIBIT C

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| MELANIE STACEL,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TEVA PHARMACEUTICALS USA, INC.,<br>TEVA PHARMACEUTICAL INDUSTRIES LTD.,<br>WALGREEN CO. d/b/a WALGREENS<br><br>　　　　　　　　Defendants. | Case No. 07 L 8112 |

To:　　Cook County Clerk
　　　　Circuit Court of Cook County
　　　　State of Illinois

## NOTICE OF FILING OF NOTICE OF REMOVAL

PLEASE TAKE NOTICE, that on February 25, 2008, Defendant Teva Pharmaceuticals USA, Inc., filed a Notice of Removal of this action to the United States District Court for the Northern District of Illinois. A true and correct copy of the Notice of Removal is annexed hereto.

PLEASE TAKE FURTHER NOTICE that the filing of the Notice of Removal in the United States District Court for the Northern District of Illinois and the filing of this Notice effect the removal of this action, and pursuant to 28 U.S.C. § 1446(d), the above-captioned action may proceed no further unless and until the case is remanded.

Dated: February 25, 2008

TEVA PHARMACEUTICALS USA, INC.

By: _____
One of Its Attorneys

Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)

Pamela R. Hanebutt
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
Firm No. 37647

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

2

## CERTIFICATE OF SERVICE

    I, Ameri R. Giannotti, an attorney, hereby certify I caused a true and correct copy of the foregoing NOTICE OF FILING OF NOTICE OF REMOVAL to be served upon all parties listed below by messenger on this 25th day of February, 2008.

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
Fax: (312) 944-1870

                                                                     _____
                                                                            Ameri R. Giannotti