EDA

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**08 C 1143**

In the Matter of　　　　　　　　　　　　　　　　Case Number:

Melanie Stacel,
　　　　　Plaintiff,
v.
Teva Pharmaceuticals USA, Inc., et al.
　　　　　Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Teva Pharmaceuticals USA, Inc.

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

| |
|---|
| NAME (Type or print)<br>Pamela R. Hanebutt |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>　　s/ Pamela R. Hanebutt |
| FIRM<br>Eimer Stahl Klevorn & Solberg LLP |
| STREET ADDRESS<br>224 S. Michigan Avenue, Suite 1100 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6188004 | TELEPHONE NUMBER<br>312-660-7625 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐　　APPOINTED COUNSEL ☐ |

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT