UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

MELANIE STACEL,

            Plaintiff,

v.

TEVA PHARMACEUTICALS USA, INC.,
TEVA PHARMACEUTICAL INDUSTRIES LTD.,
WALGREEN CO. d/b/a WALGREENS

            Defendants.

**08 C 1143**

Case No. _____

Removed from the Circuit Court
of Cook County, Case No. 07 L 8112

**JUDGE GOTTSCHALL**
**MAGISTRATE JUDGE COLE**

### CORPORATE DISCLOSURE STATEMENT OF
### TEVA PHARMACEUTICALS USA, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.2 of this Court, Defendant Teva Pharmaceuticals USA, Inc., by its attorneys, states that it is a wholly-owned, indirect subsidiary of Teva Pharmaceutical Industries Ltd., an Israeli public company.

Respectfully submitted this the 25th day of February, 2008.

            By:   /s/ Ameri R. Giannotti
                  Pamela R. Hanebutt
                  Ameri R. Giannotti
                  Eimer Stahl Klevorn & Solberg LLP
                  224 S. Michigan Avenue
                  Suite 1100
                  Chicago, IL 60604
                  (312) 660-7600 (Telephone)
                  (312) 692-1718 (Facsimile)
                  phanebutt@eimerstahl.com
                  agiannotti@eimerstahl.com

                  *Attorneys for Defendant*
                  *Teva Pharmaceuticals USA, Inc.*

**FILED**
**FEBRUARY 25, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

     I, Ameri R. Giannotti, an attorney, hereby certify I caused a true and correct copy of the foregoing CORPORATE DISCLOSURE STATEMENT OF TEVA PHARMACEUTICALS USA, INC. to be served upon all parties listed below by messenger on this 25th day of February, 2008.

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
Fax: (312) 944-1870


                                      /s/ Ameri R. Giannotti
                                      Ameri R. Giannotti