# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| Melanie Stacel<br><br>       Plaintiff,<br><br>  v.<br><br>Teva Pharmaceuticals USA, Inc.<br><br>       Defendant. | Case No. 08 C 1143<br>Honorable Joan Gottschall |

## MOTION TO FILE AMENDED COMPLAINT

Plaintiff moves this Honorable Court for leave to file an amended complaint and states:

1.      This case was removed to Federal Court.

2.      Plaintiff pleads an amended complaint to conform with the Federal Rules of Civil Procedures and proceeds against defendant Teva Pharmaceuticals USA, Inc.

WHEREFORE, plaintiff prays this Court enter an order giving leave to plaintiff to file the First Amended Complaint and that defendant Teva Pharmaceuticals USA, Inc. is given 20 days to answer or otherwise plead.

Dated this 28th Day of February, 2008

s/ Michael P. Cascino

_____

One of the Plaintiff's Attorneys

MICHAEL P. CASCINO
VAUGHAN CASCINO LAW OFFICES, LTD.
220 South Ashland Avenue
Chicago, Illinois 60607
312-944-0600
312-944-1870 fax