CERTIFICATE OF SERVICE
Stacel v Teva Pharmaceuticals USA, Inc., Case No. 1:08-cv-01143

      I hereby certify that on February 28, 2008, I electronically filed the foregoing Motion to File Amended Complaint and First Amended Complaint with the United States District Court for the Northern District of Illinois using the CM/ECF system which sent notification of such filing to the following:

Ameri Rose Giannotti
agiannotti@eimerstahl.com,jlipinski@eimerstahl.com,fharvey@eimerstahl.com

Pamela Reasor Hanebutt
phanebutt@eimerstahl.com,erogers@eimerstahl.com,ssemens@eimerstahl.com
:

          s/ Michael P. Cascino
          Attorney for Plaintiff

Michael P. Cascino
Cascino Vaughan Law Offices
220 S. Ashland Ave.
Chicago, IL 60607
(312) 944-0600
mcascino@cvlo.com