UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TEVA PHARMACEUTICALS USA, INC., *et al.*, ) <br> ) <br> Defendants. ) | Case No. 08 C 1143 <br><br> Honorable Joan B. Gottschall <br><br> Magistrate Judge Cole |

### STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD

The parties agree and stipulate that Defendant Teva Pharmaceuticals USA, Inc. may have until March 19, 2008 to answer or otherwise plead. A proposed Order is enclosed herewith.

/s/ Michael P. Cascino
Michael P. Cascino
VAUGHAN CASCINO LAW OFFICES, LTD.
220 S. Ashland Ave.
Chicago, IL 60607
312-944-0600
312-944-1870 (fax)

*Attorneys for Plaintiff*

/s/ Ameri R. Giannotti
Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
GOODWIN PROCTER LLP
599 Lexington Ave.
New York, NY 10022
212-813-8800
212-355-333 (fax)
gkerner@goodwinprocter.com
jgray@goodwinprocter.com
ygertsberg@goodwinprocter.com
(*Pro Hac application pending*)

Pamela R. Hanebutt
Ameri R. Giannotti
EIMER STAHL KLEVORN & SOLBERG LLP
224 S. Michigan Ave., Suite 1100
Chicago, IL 60604
312-660-7600
312-692-1718 (fax)
phanebutt@eimerstahl.com
agiannotti@eimerstahl.com

*Attorneys for Defendant
Teva Pharmaceuticals USA, Inc.*

Dated: March 3, 2008

104865_1.DOC