UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL, | ) |
| Plaintiff, | ) ) ) |
| | ) Case No. 08 C 1143 |
| v. | ) |
| | ) Honorable Joan B. Gottschall |
| TEVA PHARMACEUTICALS USA, INC., *et al.*, | ) ) |
| | ) Magistrate Judge Cole |
| Defendants. | ) ) ) |

### ORDER

This matter coming before the Court by stipulation and agreement of the parties,

IT IS HEREBY ORDERED:

Defendant Teva Pharmaceuticals USA, Inc. may have until March 19, 2008 to answer or otherwise plead.


ENTERED:

Dated:

_____
Joan B. Gottschall
United States District Court Judge

104865_1.DOC