**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Melanie Stacel

                                      Plaintiff,

v.   Case No.: 1:08−cv−01143
    Honorable Joan B. Gottschall

Teva Pharmaceuticals USA, Inc., et al.

                                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 6, 2008:

      MINUTE entry before Judge Joan B. Gottschall :Motion by Plaintiff for leave to file first amended complaint [7] is granted. MOTION by Defendant Teva Pharmaceuticals USA, Inc. for extension of time to file answer by 3/19/2008 [10] is granted. Status hearing set for 4/2/2008 at 09:30 AM. Parties are directed to discuss settlement of case, consent to proceed before the Magistrate Judge and a proposed discovery plan. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.