# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Melanie Stacel,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Teva Pharmaceuticals USA, Inc.<br><br>　　　　Defendant. | Case No. 08 C 1143<br>Honorable Joan Gottschall |

### MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

**NOW COMES** the plaintiff, by and through her attorneys, VAUGHAN CASCINO LAW OFFICES, LTD., and hereby moves this Honorable Court for Leave to File her Second Amended Complaint, instanter.

**WHEREFORE** plaintiff respectfully requests that this Honorable Court grant her leave to file her First Amended Complaint, instanter.

Respectfully submitted,

By: _s/ Michael P. Cascino_
　　　One of Plaintiff's Attorneys

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)