## *Certificate of Service*

I hereby certify that on March 28, 2008, I electronically filed the foregoing with the Clerk

of the U.S. District Court of the Northern District of Illinois using the CM/ECF system which sent

notification of such filing to the following:

Ameri Rose Giannotti
agiannotti@eimerstahl.com,jlipinski@eimerstahl.com,fharvey@eimerstahl.com

Pamela Reasor Hanebutt
phanebutt@eimerstahl.com,erogers@eimerstahl.com,ssemens@eimerstahl.com

and I mailed copies by regular mail, postage prepaid to:

Glenn S. Kerner
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

_____ s/ Michael P. Cascino _____