**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Melanie Stacel

                                                  Plaintiff,

v.                                                          Case No.: 1:08−cv−01143
                                                          Honorable Joan B. Gottschall

Teva Pharmaceuticals USA, Inc., et al.

                                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, April 2, 2008:

      MINUTE entry before Judge Honorable Joan B. Gottschall: Status hearing held on 4/2/2008. Defendants to answer or otherwise plead on or before 5/2/08. Defendants responses to requests to admit are due by 5/16/08. This case is referred to Magistrate Judge Cole for discovery supervision and settlement conference. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.