UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Melanie Stacel

                              Plaintiff,

v.                                                            Case No.: 1:08−cv−01143
                                                                   Honorable Joan B. Gottschall

Teva Pharmaceuticals USA, Inc., et al.

                              Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Jeffrey Cole for the purpose of holding proceedings related to: discovery supervision and settlement conference. (rj, )Mailed notice.


Dated: April 2, 2008

                                                                                                    /s/ Joan B. Gottschall

                                                                                         United States District Judge