IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL, </br></br>           Plaintiff, </br></br> v. </br></br> TEVA PHARMACEUTICALS USA, INC. </br></br>           Defendant. | Case No. 08-CV-1143 </br></br> Judge Joan B. Gottschall </br> Magistrate Judge Jeffrey Cole |

**DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S
MOTION TO FILE INSTANTER MEMORANDUM WITH ENLARGED PAGE LIMITS**

Defendant Teva Pharmaceuticals USA, Inc. ("Teva"), by its attorneys, hereby respectfully moves for an enlargement *instanter* of the page limit requirements under Local Rule 7.1.  In support of its motion, Teva states as follows:

1. On March 28, 2008, Plaintiff filed a Second Amended Complaint in this action.

2. Teva has filed a Motion to Dismiss the Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6).  In support of its Motion to Dismiss, Teva has also filed a memorandum of law.

3. Plaintiff's Second Amended Complaint asserts state law claims against Teva for products liability and raises issues of federal preemption of Plaintiff's state law claims.  Teva addresses these preemption issues, which are complex and involve discussion of the federal statutory and regulatory frameworks, in its memorandum in support of its Motion to Dismiss.

4. Teva's memorandum also addresses other issues raised by Plaintiff's Second Amended Complaint, including its failure to plead fraud with sufficient particularity.

5.  The Memorandum in Support of Defendant Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss is 18 pages in length, exceeding the page-limit set forth in Local Rule 7.1 by three pages.

6.  In order to adequately address the complex issues raised by Plaintiff's Second Amended Complaint, Teva respectfully requests an enlargement of the page limits set forth in Local Rule 7.1.

Date: May 2, 2008

TEVA PHARMACEUTICALS USA, INC.

By: /s/ Ameri R. Giannotti
One of Its Attorneys

Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)
gkerner@goodwinprocter.com
jgray@goodwinprocter.com
ygertsberg@goodwinprocter.com

Pamela R. Hanebutt
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL 60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
phanebutt@eimerstahl.com
agiannotti@eimerstahl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*