IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL,<br><br>        Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>        Defendant. | Case No. 08-CV-1143<br><br>Judge Joan B. Gottschall<br>Magistrate Judge Jeffrey Cole |

## NOTICE OF MOTION

TO:   SEE ATTACHED SERVICE LIST

     **PLEASE TAKE NOTICE** that on Thursday, May 8, 2008 at 9:30 a.m., we shall appear before the Honorable Judge Joan B. Gottschall in Courtroom 2325 at the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Defendant Teva Pharmaceuticals USA, Inc.'s Motion to File Instanter Memorandum with Enlarged Page Limits, a copy of which is attached hereto and served upon you.

Date: May 2, 2008

                                              TEVA PHARMACEUTICALS USA, INC.

                                              By:   /s/ Ameri R. Giannotti
                                                         One of Its Attorneys

Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)
gkerner@goodwinprocter.com
jgray@goodwinprocter.com
ygertsberg@goodwinprocter.com

Pamela R. Hanebutt
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
phanebutt@eimerstahl.com
agiannotti@eimerstahl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

Ameri R. Giannotti, an attorney, certifies that on May 2, 2008 she electronically filed the foregoing NOTICE OF MOTION, DEFENDANT TEVA PHARMACEUTICALS USA, INC.'S MOTION TO FILE INSTANTER MEMORANDUM WITH ENLARGED PAGE LIMITS using the ECF system which will automatically send e-mail documentation of such filing to the parties listed below.

/s/ Ameri R. Giannotti
Ameri R. Giannotti

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607
(312) 944-0600
(312) 944-1870 (fax)
mcascino@cvlo.com