IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| MELANIE STACEL, | Case No. 08-CV-1143 |
| Plaintiff, | |
| v. | Judge Joan B. Gottschall |
| | Magistrate Judge Jeffrey Cole |
| TEVA PHARMACEUTICALS USA, INC. | |
| Defendant. | |

### DEFENDANT TEVA PHARMACEUTICAL USA, INC.'S MOTION TO DISMISS

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Teva Pharmaceuticals USA, Inc., by its attorneys, hereby respectfully moves to dismiss Plaintiff's Second Amended Complaint. Counts II and III of the Second Amended Complaint sound in fraud and Plaintiff has failed to plead these causes of action with the requisite particularity. In addition, all of the causes of action in the Second Amended Complaint fail to state a claim because they are preempted by the Supremacy Clause of the United States Constitution and by federal law.

In further support of its motion, Teva Pharmaceuticals USA, Inc. submits the accompanying memorandum of law.

Date:  May 2, 2008

                          TEVA PHARMACEUTICALS USA, INC.

                          By:   /s/ Ameri R. Giannotti
                              One of Its Attorneys

Glenn S. Kerner
Joanne Gray
Yuliya Gertsberg
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800 (Telephone)
(212) 355-3333 (Facsimile)
gkerner@goodwinprocter.com
jgray@goodwinprocter.com
ygertsberg@goodwinprocter.com

Pamela R. Hanebutt
Ameri R. Giannotti
Eimer Stahl Klevorn & Solberg LLP
224 S. Michigan Avenue
Suite 1100
Chicago, IL  60604
(312) 660-7600 (Telephone)
(312) 692-1718 (Facsimile)
phanebutt@eimerstahl.com
agiannotti@eimerstahl.com

*Attorneys for Defendant*
*Teva Pharmaceuticals USA, Inc.*