# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1143 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Stacel v. Teva Pharmaceuticals USA, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Plaintiff failed to appear or call. Response to Teva Pharmaceuticals USC, Inc.'s motion to stay discovery shall be due by 5/29/08. Reply to the motion shall be due by 6/12/08. Teva Pharmaceutical's USA, Inc. need not respond to the request to admit until further order of court. The case is set for further status on 7/14/08 at 8:30 a.m. Counsel for plaintiff is ordered to appear.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|