## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1143 | **DATE** | 5/8/2008 |
| **CASE TITLE** | Stacel vs. Teva Pharmaceuticals | | |

**DOCKET ENTRY TEXT**

Defendant Teva Pharmaceuticals USA, Inc's motion to file instanter memorandum with enlarged page limits [20] is granted. Briefing schedule as to Defendant Teva Pharmaceutical USA, Inc.'s motion to dismiss [22] is as follows: Response due by 6/5/2008. Reply due by 6/19/2008. Ruling by mail.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|