# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Melanie Stacel

    Plaintiff,

v.

Teva Pharmaceuticals USA, Inc.

    Defendant.

Case No. 08 C 1143
Honorable Joan Gottschall

## NOTICE OF MOTION

TO:  See attached service list

    PLEASE TAKE NOTICE that on May 29, 2008, at 9:30 a.m., we shall appear before the Honorable Joan B. Gottschall in Courtroom 2325 at the US District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL 60604, and then and there present Plaintiff's Motion to Amend Briefing Schedule on Defendant's Motion to Dismiss, a copy of which is attached hereto and served upon you.

Date: May 22, 2008

                                                 s/ Michael P. Cascino
                                                 One of Plaintiff's Attorneys

Michael P. Cascino
Vaughan Cascino Law Offices, Ltd.
220 South Ashland Ave.
Chicago, IL 60607
(312) 944-0600
(312) 944-1870 (fax)
mcascino@cvlo.com

<u>**Certificate of Service**</u>

   I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the U.S. District Court of the Northern District of Illinois using the CM/ECF system which sent notification of such filing to the following:
Ameri Rose Giannotti
agiannotti@eimerstahl.com,jlipinski@eimerstahl.com,fharvey@eimerstahl.com

Pamela Reasor Hanebutt
phanebutt@eimerstahl.com,erogers@eimerstahl.com,ssemens@eimerstahl.com

and I mailed copies by regular mail, postage prepaid to:

Glenn S. Kerner
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022


                _____s/ Michael P. Cascino_____