**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Melanie Stacel

                    Plaintiff,

v.                                               Case No.: 1:08−cv−01143

                                                          Honorable Joan B. Gottschall

Teva Pharmaceuticals USA, Inc., et al.

                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 29, 2008:

      MINUTE entry before the Honorable Joan B. Gottschall:Plaintiff's motion to amend briefing schedule on defendant's motion to dismiss[22]is granted.[30]( Response due by 6/12/2006; Reply due by 6/26/2008.) Motion hearing held on 5/29/2008.[30] Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.