# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Joan B. Gottschall | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1143 | **DATE** | 7/14/2008 |
| **CASE TITLE** | Stacel vs. Teva Pharmaceuticals | | |

**DOCKET ENTRY TEXT**

Status hearing held. Motion hearing held. Defendant's motion to stay discovery [25] is granted until Judge Gottschall rules on the motion to dismiss. Parties shall call chambers following the ruling on the motion to dismiss.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | CDH |
|---|---|---|